IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.   MAGISTRATE NO.: 4:24-MJ-1027-JMV

THOMAS EUGENE TATUM
AKA TOMMY TATUM

## ORDER SUBSTITUTING COUNSEL

The Office of the Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Paul A. Chiniche, Esq.** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Paul A. Chiniche, Esq.** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Paul A. Chiniche, Esq.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 26th day of June, 2024.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE