IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO.: 4:24-MJ-1027-JMV** |
| **THOMAS EUGENE TATUM** <br> **aka TOMMY TATUM** | **DEFENDANT** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE IDENTITY HEARING

This matter is before the court on an Unopposed Motion to Continue Identity Hearing, docket no. 8, set for Friday, June 28, 2024, at 11:00 a.m., via video conference. The Court finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Identity Hearing should be continued to Tuesday, July 2, 2024, at 1:30 p.m., via video conference, in Courtroom 2, Greenville, Mississippi, before United States Magistrate Judge Jane M. Virden. The Identity Hearing will be reset by separate notice.

**SO ORDERED**, this the 28th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE